UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS A. SCOTT,

Plaintiff,

v.

PERKINELMER HEALTH SCIENCES, INC.,

Defendant.

Case No.  24-cv-03389-SVK

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 36

Before the Court is Plaintiff's Motion for Extension of Time to File a Reply in support of his Motion to for Relief from Final Judgment.  Dkt. 36 (the "Motion"); *see* Dkt. 31.  Having reviewed the Motion, the materials (including the declaration of Plaintiff) filed in support thereof, the relevant law and the record in this action, the Court determines that this matter may be resolved without oral argument and that no further briefing is required.  The Court **GRANTS** the Motion in light of Plaintiff's age, recent health issues, difficulty using ECF/PACER and the over 550-page volume of exhibits that Defendant served with its Opposition.  *See* Dkt. 37, ¶¶ 4-5, 8; *see also* Dkt. 38.

Accordingly, good cause appearing, Plaintiff shall have up to and including **March 17, 2026** to file a response to Defendant's opposition.  In light of Plaintiff's difficulty using electronic filing, the Court further clarifies that Plaintiff's response must be mailed by that date.

Pursuant to this Court's Order at Dkt. 34, the Clerk of Court shall mail Plaintiff a hard copy of this Order notwithstanding his status as an e-filer.

\* \* \*

Finally, the Court encourages Plaintiff to continue to seek assistance from the from the Federal Pro Se Program.  Plaintiff can schedule an appointment by calling (408) 297-1480 or

United States District Court
Northern District of California

emailing hsong@asianlawalliance.org.  He can find more information about the Legal Help Center at https://cand.uscourts.gov/pro-se-litigants/. The Court also provides a free guide, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions and trial.  He can access the guide online (https://cand.uscourts.gov/pro-se-handbook/) or in hard copy free of charge from the Clerk's Office.

**SO ORDERED.**

Dated: February 3, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2