UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS A. SCOTT,

        Plaintiff,

    v.

PERKINELMER HEALTH SCIENCES, INC.,

        Defendant.

Case No.  24-cv-03389-SVK

**REVISED JUDGMENT**

On April 10, 2026, the Court **SET ASIDE** its judgment in this case due to a legal error pursuant to Federal Rule of Civil Procedure 60(b)(1) and re-opened the case.  Dkt. 44.  On the same day, the Court **DISMISSED without leave to amend** three of Plaintiff's claims for lack of standing and **GRANTED** summary judgment to Defendant on Plaintiff's remaining three claims.  Dkt. 45.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

    **SO ORDERED.**

Dated: April 10, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California